**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1691**

———————

CHAD E. KAKERT,

                              Plaintiff - Appellant,

        versus

DARDEN RESTAURANTS, INCORPORATED,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-03-297-7)

———————

Submitted: July 10, 2003          Decided: July 15, 2003

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Chad E. Kakert, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chad E. Kakert appeals the district court's order dismissing his civil action against Darden Restaurants for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kakert v. Darden Restaurants, Inc., No. CA-03-297-7 (W.D. Va. May 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2